Computer Virus

**IN THE SUPERIOR COURT OF GUAM**

FILED
SUPERIOR COURT

2012 AUG 27 PM 3: 21

CLERK OF COURT
BY

ATTORNEY GENERAL OF GUAM,          )

          Plaintiff,          )

          vs.          )

CARL T.C. GUTIERREZ, DAVINA M.     )
LUJAN, and DOES A-M.          )

          Defendants.          )
_____)

CIVIL CASE NO. CV0166-03

**DECISION AND ORDER**
(Motion for Enlargement)

On July 5, 2012, the Court ordered Mr. Gutierrez and Ms. Lujan to submit billing invoices in support of their request for attorneys' fees and costs. Mr. Gutierrez and Ms. Lujan timely filed their submissions on July 19, 2012. The People failed to file its opposition as provided by the Court's order. On August 14, 2012, the People filed Government's Motion for Extension of Time to Respond to Defendants' Submissions and Memorandum in Support Thereof ("Motion for Extension"). The Court gave Mr. Gutierrez and Ms. Lujan until August 24, 2012, to oppose the People's Motion for Extension, but they did not file an opposition.

After reviewing the Government's Motion for Extension, the Court determines it has shown "excusable neglect" under Guam Rule of Civil Procedure 6(b)(2). Mr. Gutierrez and Ms. Lujan do not oppose the Government's request for enlargement. Therefore, the Motion for Extension is **GRANTED**, and the Government has until September 12, 2012, to oppose Mr. Gutierrez and Ms. Lujan's request for attorneys' fees.

**SO ORDERED:** ___AUG 2 7 2012___ .

_____
**Richard H. Benson**
**Judge *Pro Tempore***
**Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

AUG 2 7 2012

James R. Borja
Deputy Clerk, Superior Court of Guam

*Attorney General of Guam v. Gutierrez et al.*
Order
Civil Case No. CV0166-03